KEITH H. RUTMAN (CSB #144175)
501 West Broadway Ste 1650
San Diego, California 92101-3541
Telephone: (619) 237-9072
Facsimile: (760) 454-4372
email: krutman@krutmanlaw.com

Attorney for Plaintiff
RONALD MARTELL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MARTELL, | Case No. '22CV920 JLS MSB |
| Plaintiff, | PLAINTIFF's REQUEST FOR LEAVE TO LODGE EXHIBIT (DVD OF VIDEO) IN SUPPORT OF COMPLAINT |
| v. | |
| SAN DIEGO COUNTY DEPUTY SHERIFFS COLE (#0473); NAPUTI (#3018); JOHNSON (#0497); LOVEJOY (#3215); LANNON (#0233); YOUNG (#0188) & DOES 1-5 | |
| Defendants. | |

    COMES NOW Plaintiff, by and through his attorney KEITH H. RUTMAN, and hereby submits an ex parte request for leave to conventionally file a DVD in support of his Complaint. Said request is made pursuant to the Southern District's Electronic Case Filing Administrative Policies and Procedures § (2)(k)

    In support thereof, Plaintiff states as follows: The video of the arrest on September 3, 2020 at approximately 11:08 am, was captured on police worn body camera. The video recording is prosecution of the case and contains evidence that cannot be captured or presented to the Court by other reasonable means.

Respectfully Submitted,

Dated: June 23, 2022

s/ Keith H. Rutman
KEITH H. RUTMAN
Attorney for Plaintiff
Email: krutman@krutmanlaw.com