UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MARTELL,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SAN DIEGO COUNTY DEPUTY SHERIFFS COLE (#0473); NAPUTI (#3018); JOHNSON (#0497); LOVEJOY (#3215); LANNON (#0233); YOUNG (#0188); and DOES 1 through 5,<br><br>　　　　　　　　　　Defendants. | Case No.: 22-CV-920 JLS (MSB)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE TO LODGE EXHIBIT IN SUPPORT OF COMPLAINT**<br><br>(ECF No. 2) |

　　　　Presently before the Court is Plaintiff Ronald Martell's Request for Leave to Lodge Exhibit (DVD of Video) in Support of Complaint (ECF No. 2). Plaintiff submits this application ex parte pursuant to the Southern District's Electronic Case Filing Administrative Policies and Procedures § (2)(k). Plaintiff seeks leave to file a DVD exhibit of video captured on police worn body camera of Plaintiff's arrest on September 3, 2020, at approximately 11 a.m. Good cause appearing, the Court **GRANTS** Plaintiff's request. Plaintiff **SHALL LODGE** the DVD with the Clerk's Office and file a Notice of Lodgment. Defendant shall also deliver a courtesy copy of the DVD to chambers. The ///

DVD shall contain only the video evidence described in Plaintiff's ex parte application (ECF No. 2).

**IT IS SO ORDERED.**

Dated: June 27, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge