

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Ronald Martell

                      **Plaintiff,**

              V.

See Attached

                      **Defendant.**

Civil Action No.   22cv920-JLS-MSB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court Grants in Part and Denies in Part Defendants' Request for Judicial Notice (ECF No. 7-2), Grants Defendants' Motion to Dismiss (ECF No. 7), and Dismisses with Prejudice Plaintiff's Complaint (ECF No. 1).

Date:   1/9/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ A. Episcopo
                            A. Episcopo, Deputy

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 22cv920-JLS-MSB

Defendants

San Diego County Deputy Sheriffs Cole (#0473); San Diego County Deputy Sheriffs Johnson (#0497); San Diego County Deputy Sheriffs Lovejoy (#3215); San Diego County Deputy Sheriffs Lannon (#0233); San Diego County Deputy Sheriffs Young (#0188); Does 1-5