NAME AND ADDRESS OF ATTORNEY
KEITH H. RUTMAN (CSB 14175)
501 West Broadway, Ste 1650
San Diego, California 92101-3541
E-mail: krutman@krutmanlaw.com

PHONE: (619) 237-9072

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE  Janis L. Sammartino            COURT REPORTER  none

RONALD MARTELL                              CIVIL NO. 3:22-cv-00920-JLS-MSB

(Appellant/Appellee)    Plaintiff

vs

SAN DIEGO COUNTY DEPUTY SHERIFFS            NOTICE OF APPEAL      (Civil)
COLE (#0473) et al.

(Appellant/Appellee)    Defendant

Notice is hereby given that  RONALD MARTELL

☒  Plaintiff ___  Defendant above named, hereby appeals to the United States Court of Appeals for the:   (check appropriate box)

☒  Ninth Circuit                                  ___  Federal Circuit

from the:        (check appropriate box)

☒  Final Judgment                                 ___  Order (describe)

entered in this proceeding on the ___9___ day of ___January___ 20_23_.
Transcripts required        Yes        ☒  No.
Date civil complaint filed:         6/23/22        .

Date: 2/3/23                                s/Keith H. Rutman
                                            Signature

::ODMA\PCDOCS\WORDPERFECT\17861\1 May 5, 1999 (10:03am)